AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Rodney G. Smith, Executive Director of
Teamsters Union 25 Health Services and
Insurance Plan

V.

Cambridge Street Metals Company, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 12527 NG

TO: (Name and address of Defendant)

Cambridge Street Metal Company Inc.
500 Lincoln Street
Allston, MA 02134

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esq.
Dywer, Dudy and Facklam, P.C.
One Center Plaza, Suite 360
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   DEC 1 – 2004

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

December 24, 2004

I hereby certify and return that on 12/23/2004 at 12:15PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to JOAN DUMONT, agent, person in charge at the time of service for CAMBRIDGE STREET METALS COMPANY INC., at ROBERT J. DUMONT, RES. AGENT, 16 WHITE Lane, WAKEFIELD, MA 01880. Attest ($5.00), Basic Service Fee ($30.00),

*Albert F[...]*
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.