UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>CAMBRIDGE STREET METAL COMPANY, INC.,<br><br>    Defendant. | CASE NO. 04-12527-NG |

ASSENTED-TO MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT

The Defendant, Cambridge Street Metal Company, Inc., hereby moves for a 19-day extension of the time in which it has to respond to the Plaintiff's Complaint in this matter, up to and including Monday, January 31, 2005. In support of this motion, the Defendant states as follows:

1. The Defendant requires the brief extension of time sought in order to properly investigate the factual and legal issues raised in the Complaint and to prepare an appropriate response thereto.

2. This is the first request for an extension of time filed by the Defendant with regard to the deadline for responding to the Complaint.

3. The Plaintiff's counsel, Kathleen A. Pennini, Esquire, has been contacted regarding this Motion and has

granted her permission to indicate herein that she assents to it.

WHEREFORE, the Defendant respectfully requests that the deadline for filing its response to the Complaint be extended up to and including January 31, 2005.

Respectfully submitted,

CAMBRIDGE STREET METAL COMPANY, INC.

By its attorneys,

*/s/ John M. Simon*
Kay H. Hodge (BBO #236560)
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA  02110
(617) 542-6789

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on  1-11-05 .
*/s/ John M. Simon*

Dated: January 11, 2005

Certification Pursuant to Local Rule 7.1(A)(2)

I hereby certify that, pursuant to Local Rule 7.1(A)(2), counsel for the Defendant have conferred with opposing counsel, Kathleen A. Pennini, Esquire, regarding the subject matter of this Motion in a reasonable and good faith attempt to resolve this matter before filing this Motion and that opposing counsel has granted her permission to indicate herein that she assents to this Motion.

*/s/ John M. Simon*
John M. Simon

2