UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR<br>of the TEAMSTERS UNION 25 HEALTH SERVICES<br>AND INSURANCE PLAN,<br><br>  Plaintiff,<br><br>v.<br><br>CAMBRIDGE STREET METALS COMPANY, INC.<br><br>  Defendant. | Civil Action No. 04-12527-NG |

## ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, by counsel, and pursuant to Local Rule 40.3, hereby requests an extension of time until February 28, 2005 for the Plaintiff to respond to Defendant's Motion to Dismiss. In support of this Motion, the Plaintiff states as follows:

1. An enlargement of time is necessary because counsel has not had an adequate opportunity to confer with the client regarding this motion, which raises complex legal and factual issues relating to the ERISA enforcement scheme.

2. Plaintiff's counsel spoke with Defendant's counsel on February 11, 2005, and informed him of the Plaintiff's intent to file this Motion.

3. Defendant's counsel assented to this motion

4. This Motion is made in good faith and not for the purpose of obstruction or delay.

WHEREFORE, Plaintiff, Rodney G, Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, respectfully requests a fourteen (14) day extension of time to and including February 28, 2005 to respond to the Defendant's Motion to Dismiss.

For the Plaintiff,
**RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**
By his attorneys,

 /s/ Kathleen A. Pennini
Matthew E. Dwyer
B.B.O. # 139840
Kathleen A. Pennini
B.B.O. # 654573
Dywer, Duddy and Facklam
One Center Plaza, Suite 360
Boston, MA  02108-1804
(617) 723-9777

Date:   February 14, 2005

## CERTIFICATE OF SERVICE

I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document via first–class mail on February 14, 2005 to:

John M. Simon, Esq.
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA  0211

 /s/ Kathleen A. Pennini
Kathleen A. Pennini

f:\l25hsip\cambridge sheet metals (audit)\pldg\assentedto.motion.extend.response.def.mot.dismiss.doc:blg