UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 31 P 4: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES INSURANCE PLAN,<br><br>Plaintiff,<br><br>v.<br><br>CAMBRIDGE STREET METAL COMPANY, INC.,<br><br>Defendant. | CASE NO. 04-12527-NG |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ, P. 12(b)(6), the Defendant, Cambridge Street Metal Company, Inc., hereby moves the Court for an order dismissing this case in full. Because the Plaintiff attempts to sets out claims that were or could have been asserted in its prior action against the Defendant for an alleged violation of the same collective bargaining agreement at issue here, the doctrine of res judicata bars this suit.

In support of this Motion, the Defendant relies upon the Memorandum of Law in Support of Defendant's Motion to Dismiss, with attached exhibits, filed herewith.

## REQUEST FOR ORAL ARGUMENT

Unless the Court determines that it can grant this Motion on the papers, the Defendant respectfully requests that, pursuant to Local Rule 7.1(D), the Court schedule oral argument on this Motion.

WHEREFORE, the Defendant respectfully requests that the Complaint be dismissed in full, with prejudice.

Respectfully submitted,

CAMBRIDGE STREET METAL COMPANY, INC.

By its attorneys,

*/s/ John M. Simon*
Kay H. Hodge (BBO #236560)
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ~~(by hand)~~ on 1-31-05.

*/s/ John M. Simon*

Dated: January 31, 2005

Certification Pursuant to Local Rule 7.1(A)(2)

I hereby certify that, pursuant to Local Rule 7.1(A)(2), prior to filing this Motion I have conferred with opposing counsel, Kathleen A. Pennini, Esquire, regarding the subject matter of this Motion in a reasonable and good faith attempt to resolve the issues addressed herein.

*/s/ John M. Simon*
John M. Simon

2