UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>CAMBRIDGE STREET METALS COMPANY, INC.<br><br>    Defendant. | Civil Action No. 04-12527-NG |

## JOINT MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT

Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan, and Defendant, Cambridge Street Metals Company, Inc., by counsel, request that the Court enter a final judgment in this matter. The parties' proposed final judgment in attached hereto as Exhibit 1.  In support of this Motion, the parties state the following:

1. On or about April 19, 2005, Judge Gertner rendered a decision allowing the Defendant's motion to dismiss in part, and denying the motion, in part.

2. The Defendant's motion to dismiss was allowed concerning the Plaintiff's suit to compel an audit of the Defendant's payroll records from January 1, 1999 to September 30, 2003.

3. The Defendant's motion to dismiss was denied insofar as the Plaintiff's suit may have encompassed a claim to compel an audit of the Defendant's payroll records from October 1, 2003 to December 31, 2003.

4. The Plaintiff no longer seeks to audit the Defendant's payroll records from October 1, 2003 to December 31, 2003 as it has determined that the Defendant was not a contributing employer to the Plaintiff's ERISA fund after December 23, 2003.

5. The parties stipulate that the remainder of this case left open by the Court's ruling is moot as the Plaintiff does not seek to compel records for the dates for the portion of its suit which was not dismissed by the Court's order of April 19, 2005.

WHEREFORE, Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan and Defendant, Cambridge Street Metals Company, Inc., request the Court file entry of a final judgment in this matter.

| For the Plaintiff, | For the Defendant, |
|---|---|
| **RODNEY G. SMITH, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,** | **CAMBRIDGE STREET METALS COMPANY, INC.,** |
| By his attorneys, | By its attorneys, |
| /s/ Kathleen A. Pennini | /s/ John M. Simon |
| Matthew E. Dwyer (BBO # 139840) | Kay H. Hodge (BBO # 236560) |
| Kathleen A. Pennini (BBO # 654573) | John M. Simon (BBO# 645557) |
| Dwyer, Duddy and Facklam, P.C. | Stoneman, Chandler & Miller, LLP |
| Two Center Plaza, Suite 430 | 99 High Street |
| Boston, MA  02108 | Boston, MA  02110 |
| (617) 723-9777 | (617) 542-6789 |

Date:   August 25, 2005

f:\l25hsip\cambridge sheet metals (audit)\pldg\mot.entry.final.judgment.doc:blg

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RODNEY G. SMITH, EXECUTIVE DIRECTOR** of the **TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CAMBRIDGE STREET METALS COMPANY, INC.**<br><br>    **Defendant.** | Civil Action No. 04-12527-NG |

## FINAL JUDGMENT

On April 19, 2005, this Court allowed in part and denied in part the Defendant's motion to dismiss the Plaintiff's complaint.

Now upon the joint motion of the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan and the Defendant, Cambridge Street Metals, Inc., the parties stipulate that the portion of the case which was left open by the Court's April 19, 2005 ruling is moot and therefore the Court should render a final judgment dismissing this matter in its entirety.

ORDERED, ADJUDGED AND DECREED that the Clerk enter a final judgment dismissing the Plaintiff's complaint in this matter.

Dated:_____        _____
                                                                                                             Hon. Nancy Gertner
                                                                                                             UNITED STATES DISTRICT JUDGE