**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **RODNEY G. SMITH, EXECUTIVE DIRECTOR** ) | |
| **of the TEAMSTERS UNION 25 HEALTH SERVICES** ) | |
| **AND INSURANCE PLAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 04-12527-NG** |
| ) | |
| **CAMBRIDGE STREET METALS COMPANY, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT

On April 19, 2005, this Court allowed in part and denied in part the Defendant's motion to dismiss the Plaintiff's complaint.

Now upon the joint motion of the Plaintiff, Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan and the Defendant, Cambridge Street Metals, Inc., the parties stipulate that the portion of the case which was left open by the Court's April 19, 2005 ruling is moot and therefore the Court should render a final judgment dismissing this matter in its entirety.

ORDERED, ADJUDGED AND DECREED that the Clerk enter a final judgment dismissing the Plaintiff's complaint in this matter.

Dated: 9/12/05

Hon. Nancy Gertner
UNITED STATES DISTRICT JUDGE

f:\l25hsip\cambridge sheet metals (audit)\pldg\proposed.final.judgment.doc:blg