UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RODNEY G. SMITH, EXECUTIVE DIRECTOR<br>of the TEAMSTERS UNION 25 HEALTH SERVICES<br>AND INSURANCE PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>CAMBRIDGE STREET METALS COMPANY, INC.<br><br>    Defendant. | Civil Action No. 04-12527-NG |

## NOTICE OF APPEAL

The Plaintiff, Rodney G. Smith, Executive Director of Teamsters Union 25 Health Services and Insurance Plan, hereby appeals to the First Circuit Court of Appeals, the District Court's order of April 19, 2005, allowing in part, the Defendant's Motion to Dismiss the Plaintiff's Complaint, and which was made final by the District Court's judgment entered on September 13, 2005.

                                                  For the Plaintiff,
                                                **RODNEY G. SMITH,**
                                                **EXECUTIVE DIRECTOR of the**
                                                **TEAMSTERS UNION 25 HEALTH**
                                                **SERVICES AND INSURANCE PLAN,**
                                                By his attorneys,

                                                __/s/ Kathleen A. Pennini_____
                                                Matthew E. Dwyer
                                                B.B.O. # 139840
                                                Kathleen A. Pennini
                                                B.B.O. # 654573
                                                Dwyer, Duddy & Facklam
                                                Attorneys at Law, P.C.
                                                Two Center Plaza, Suite 430
                                                Boston, MA 02108-1804
                                                (617) 723-9777

## **CERTIFICATE OF SERVICE**

  I, Kathleen A. Pennini, hereby certify that I sent a copy of the foregoing document via first–class mail on October 13, 2005 to:

John M. Simon, Esq.
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA  02110

                  _/s/ Kathleen A. Pennini_____
                  Kathleen A. Pennini

f:\l25hsip\cambridge sheet metals (audit)\pldg\notice.appeal.doc:blg