**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USCA Docket Number:

USDC Docket Number : 04-cv-12527

Rodney G. Smith, et al

v.

Cambridge Street Metals Company, Inc.

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/13/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 26, 2005.

Sarah A Thornton, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/28/05.

*Barchard*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12527-NG

Smith v. Cambridge Street Metals Company, Inc.
Assigned to: Nancy Gertner
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 12/01/2004
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Rodney G Smith**
*Executive Director of the Teamsters Union 25 Health Services and Insurance Plan*

represented by **Kathleen A. Pennini**
Dwyer, Duddy and Facklam
Two Center Plaza
Suite 430
Boston, MA 02108
617-723-9777
Fax: 617-227-8692
Email: kah@dwyerdf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew E. Dwyer**
Dwyer, Duddy and Facklam, P.C.
One Center Plaza
Suite 360
Boston, MA 02108-1804
617-723-9777
Fax: 617-227-8692
Email: med@dwyerdf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cambridge Street Metals Company, Inc.**

represented by **John M. Simon**
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
617-542-6789
Fax: 617-556-8989
Email: jsimon@scmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kay H. Hodge**

Stoneham, Chandler & Miller LLP
99 High Street
Boston, MA 02110
617-542-6789
Fax: 617-556-8989
Email: KHodge@scmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2004 | 1 | COMPLAINT against Cambridge Street Metals Company, Inc. Filing fee: $ 150, receipt number 60475, filed by Rodney G Smith. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit 1 Part 1# 3 Exhibit 1 Part 2)(Filo, Jennifer) (Entered: 12/07/2004) |
| 12/01/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Filo, Jennifer) (Entered: 12/07/2004) |
| 12/01/2004 |  | Summons Issued as to Cambridge Street Metals Company, Inc.. (Filo, Jennifer) (Entered: 12/07/2004) |
| 12/30/2004 | 2 | SUMMONS Returned Executed Cambridge Street Metals Company, Inc. served on 12/23/2004, answer due 1/12/2005. (Filo, Jennifer) (Entered: 01/03/2005) |
| 01/12/2005 | 3 | ASSENTED TO MOTION for Extension of Time to 1/31/05 to File Answer re 1 Complaint by Cambridge Street Metals Company, Inc..(Filo, Jennifer) (Entered: 01/19/2005) |
| 01/20/2005 |  | Judge Nancy Gertner : ElectronicORDER entered granting 3 ASSENTED Motion for Extension of Time to Answer re 1 Complaint Cambridge Street Metals Company, Inc. answer due 1/31/2005. (Filo, Jennifer) (Entered: 01/20/2005) |
| 01/31/2005 | 5 | MOTION to Dismiss by Cambridge Street Metals Company, Inc..(Filo, Jennifer) (Entered: 02/16/2005) |
| 01/31/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss filed by Cambridge Street Metals Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Filo, Jennifer) (Entered: 02/16/2005) |
| 02/14/2005 | 4 | Assented to MOTION for Extension of Time to 02/28/2005 to File Response to Defendant's Motion to Dismiss by Rodney G Smith. (Pennini, Kathleen) (Entered: 02/14/2005) |
| 02/15/2005 |  | Judge Nancy Gertner : Electronic ORDER entered granting 4 Assented to Motion for Extension of Time to 2/28/05 to file Response (Filo, Jennifer) (Entered: 02/15/2005) |
| 02/28/2005 | 7 | Assented to MOTION for Extension of Time to March 6, 2005 to respond to Defendant's Motion to Dismiss by Rodney G Smith.(Pennini, |

| | | |
|---|---|---|
| | | Kathleen) (Entered: 02/28/2005) |
| 03/02/2005 | | Judge Nancy Gertner : Electronic ORDER entered granting 7 Motion for Extension of Time to 3/6/05 to File Response (Filo, Jennifer) (Entered: 03/02/2005) |
| 03/03/2005 | 8 | MEMORANDUM in Opposition re 5 MOTION to Dismiss filed by Rodney G Smith. (Pennini, Kathleen) (Entered: 03/03/2005) |
| 04/19/2005 | | Judge Nancy Gertner : Electronic ORDER entered granting in part and denying in part 5 Motion to Dismiss: I grant the defendant's motion to dismiss on res judicata grounds, for the period from January 1, 1999 through September 30, 2003. I do so on the authority of May v. Parker-Abbott Transfer and Storage, Inc., 899 F. 2d 1007, 1008 (10th Cir. 1990). See also Internat'l Union of Operating Engineers-Employers Construction Ind. Pens. Welfare and Training Trust Funds v. Karr, 994 F. 2d 1426, 1430 (9th Cir. 1993), Hanley v. Aperitivio Restaurant Corp., 1998 WL 307376, at *5 (s.D.N.Y. 1998). I deny the defendant's motion to dismiss for the period from October 1, 2003 through December 31, 2003, since those claims accrued after the amended complaint was filed in plaintiff's earlier action (filed on April 30, 2003, amended on September 30, 2003). (Gertner, Nancy) (Entered: 04/19/2005) |
| 05/02/2005 | 9 | ANSWER to Complaint by Cambridge Street Metals Company, Inc.. (Filo, Jennifer) (Entered: 05/03/2005) |
| 07/18/2005 | 10 | NOTICE of Scheduling Conference Scheduling Conference set for 8/29/2005 02:30 PM in Courtroom 2 before Nancy Gertner. (Molloy, Maryellen) (Entered: 07/18/2005) |
| 08/22/2005 | | Electronic Notice Cancelling Hearing. Scheduling Conference for 8/29/05 is hereby cancelled. Counsel will submit a Joint Motion for Entry of Final Judgment. (Filo, Jennifer) (Entered: 08/22/2005) |
| 09/02/2005 | 11 | Joint MOTION Entry of Final Judgment by Rodney G Smith. (Attachments: # 1 Text of Proposed Order)(Pennini, Kathleen) (Entered: 09/02/2005) |
| 09/12/2005 | | Judge Nancy Gertner: Electronic ORDER entered granting 11 Joint Motion for entry of proposed final judgment (Filo, Jennifer) (Entered: 09/13/2005) |
| 09/12/2005 | 12 | Judge Nancy Gertner: FINAL JUDGMENT entered. (Filo, Jennifer) (Entered: 09/13/2005) |
| 10/13/2005 | 13 | NOTICE OF APPEAL to the Federal Circuit as to 12 Judgment by Rodney G Smith. Filing fee $ 255. Appeal Record due by 11/2/2005. (Pennini, Kathleen) (Entered: 10/13/2005) |