# United States Court of Appeals
## For the First Circuit

04-12527
USDC-MASD
J. Gertner

No.   05-2649



RODNEY G. SMITH, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan

Plaintiff - Appellant

v.

CAMBRIDGE STREET METALS COMPANY, INC.

Defendant - Appellee

**JUDGMENT**

Entered: February 14, 2006

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

2006 FEB 14  P 3:44
FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 2/14/06

By: _____LYNNE ALIX MORRISON_____
    Lynne Alix Morrison, Appeals Attorney

[cc: Kathleen A. Pennini, Esq., Matthew E. Dwyer, Esq., John M. Simon, Esq., Kay H. Hodge, Esq., Jeffrey Lewis Levy, Esq.]